**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 00-20306

Summary Calendar

WESTGREEN HOLDINGS, LLC,

Plaintiff-Appellant,

VERSUS

M.G.A., INC. d/b/a MOVIE GALLERY, INC.,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
(H-98-CV-520)

September 22, 2000

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Plaintiff-appellant Westgreen Holdings (Westgreen) appeals from the district court's grant of summary judgment to defendant-appellee M.G.A., Inc. (MGA), and the final judgment issued pursuant

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

thereto, dismissing Westgreen's breach of contract and misrepresentation claims against MGA.

After reviewing the briefs and the record presented for our scrutiny, we conclude that the district court was correct in granting summary judgment to the defendant dismissing the plaintiff's claims and causes of action with prejudice. The district court's order is particularly thorough, scholarly, and well-executed. For the reasons assigned by the district court, we AFFIRM.